UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| JOSHUA M. RITT | : | |
| RACHEL A. LPSHANSKY RITT | : | 3/26/19 10:30 A.M. |
| | : | Courtroom # 2 |
| | : | |
| | : | Case No. 15-13427 |

## ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

1. Admitted.

2. Admitted

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied.

7. Denied. Debtor denies that they has failed to make the stated payments as listed and avers that Movant is holding payment(s) in abeyance without crediting their account. However, if debtor has missed any payments, they wish to enter into a stipulation allowing them to repay any post-petition arrearages.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

WHEREFORE, it is requested that this Honorable Court DENY and DISMISS movant's Motion for Relief from the Automatic Stay, or in the alternative approve a stipulation permitting the Debtors to become current on any missed post-petition payments.

Respectfully Submitted,

YOUNG, MARR & ASSOCIATES

By: /s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtors
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com