# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Rachel A. Lopshansky-Ritt<br>           Joshua M. Ritt<br><br>                              Debtor(s) | <br><br><br>CHAPTER 13 |
| Toyota Motor Credit Corporation, its successors and/or assigns<br>                              Movant<br>              vs. | <br><br><br>NO. 15-13427 MDC |
| Rachel A. Lopshansky-Ritt<br>Joshua M. Ritt<br>                              Debtor(s)<br><br>William C. Miller Esq.<br>                              Trustee | <br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of Toyota Motor Credit Corporation, which was filed with the Court on or about **February 28, 2019; Docket # 56**.

                                              Respectfully submitted,

                                              **/s/ Kevin G. McDonald, Esquire**
                                              /s/ Kevin G. McDonald, Esquire
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              412-430-3594

April 29, 2019