United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-13427-mdc |
| Joshua M. Ritt | Chapter 13 |
| Rachel A. Lopshansky-Ritt | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Dec 16, 2020 | Form ID: 138NEW | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joshua M. Ritt, Rachel A. Lopshansky-Ritt, 2462 Croydon Court, Bensalem, PA 19020-2204 |
| cr | + | Toyota Motor Credit Corporation, c/o KEVIN G. MCDONALD, 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 13528689 | + | A-1 Collection Agency, 101 Grovers Mill Rd Ste, Lawrenceville, NJ 08648-4706 |
| 13528690 | + | Aes/ Cit Ed, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14568124 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054 PABKR@brockandscott.com 08054-1218 |
| 13528692 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 13528691 | + | Barclays Bank Delaware, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 13528698 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195 |
| 13528697 | + | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 13528696 | + | Citibank, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13528695 | + | Citibank, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13528699 | + | Citibank Sd, Na, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 13617162 | + | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 13528701 | + | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13528700 | + | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13568283 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Department Stores National Bank For Macys Branded, Bankruptcy Processing, Po Box 8053, Mason, OH 45040 |
| 13528707 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Mtr, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 14280045 | + | Toyota Motor Credit Corporation, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 13552839 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13528708 | + | Toyota Mtr, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 13611755 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 13528710 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14568125 | + | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 13613751 | + | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC # D3347-014, 3476 Stateview Boulevard,, Fort Mill, SC 29715-7203 |
| 13554470 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14568734 | | Wells Fargo Bank, NA, c/o Andrew Spivack, Esq., 3002 Fellowship Road, Ste 130, Mount Laurel, NJ 08054 |
| 13528712 | + | Wff Auto, Po Box 29704, Phoenix, AZ 85038-9704 |
| 13920186 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |
| 13582957 | | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Dec 17 2020 03:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 17 2020 03:52:00 | Pennsylvania Department of Revenue, Bankruptcy |

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 16, 2020 | Form ID: 138NEW | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | | Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| | | | Dec 17 2020 03:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 17 2020 03:33:47 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13528688 | + | Email/Text: bk.notices@a1collectionagency.com | | |
| | | | Dec 17 2020 03:53:00 | A-1 Collection Agency, 715 Horizon Drive, Grand Junction, CO 81506-8700 |
| 13528694 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | Dec 17 2020 03:44:22 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 13622460 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Dec 17 2020 03:52:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13528693 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | Dec 17 2020 03:33:54 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13566401 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | Dec 17 2020 03:33:54 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13528702 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Dec 17 2020 03:51:00 | Comenity Bank/lnbryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 13531996 | | Email/Text: mrdiscen@discover.com | | |
| | | | Dec 17 2020 03:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13528703 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Dec 17 2020 03:51:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 13528705 | + | Email/PDF: pa_dc_claims@navient.com | | |
| | | | Dec 17 2020 03:44:30 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 13563906 | | Email/PDF: pa_dc_claims@navient.com | | |
| | | | Dec 17 2020 03:44:30 | Navient Solutions Inc., Po Box9640, Wilkes-Barre, PA 18773-9640 |
| 13531212 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Dec 17 2020 03:51:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 13528706 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Dec 17 2020 03:51:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 13782117 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Dec 17 2020 03:52:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13580140 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Dec 17 2020 03:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13580241 | | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Dec 17 2020 03:34:00 | Ramesh Singh, c/o Recovery Management Systems Corp., Financial Controller, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13528709 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Dec 17 2020 03:53:00 | Transworld Sys Inc/33, 507 Prudential Rd, Horsham, PA 19044-2308 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13528711 | | Wff Auto |
| cr | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13528704 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 13563907 | * | Navient Solutions Inc., Po Box9640, Wilkes-Barre, PA 18773-9640 |

| | | |
|---|---|---|
| 13582958 | * | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |
| 13582959 | * | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank NA andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor WELLS FARGO BANK NA andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Rachel A. Lopshansky-Ritt support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com |
| PAUL H. YOUNG | on behalf of Debtor Joshua M. Ritt support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Joshua M. Ritt and Rachel A. Lopshansky−Ritt

    Debtor(s)

Bankruptcy No: 15−13427−mdc

Chapter: 13

_____

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑     2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑     3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 12/16/20

64 − 63
Form 138_new