Certificate Number: 03621-PAE-DE-035207400

Bankruptcy Case Number: 15-13427



03621-PAE-DE-035207400

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 24, 2020</u>, at <u>1:38</u> o'clock <u>PM EST</u>, <u>Joshua Ritt</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>December 26, 2020</u>            By:    <u>/s/Pedro Padilla</u>

                                          Name:  <u>Pedro Padilla</u>

                                          Title: <u>Credit Counselor</u>

Certificate Number: 03621-PAE-DE-035207401

Bankruptcy Case Number: 15-13427



03621-PAE-DE-035207401

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 23, 2020</u>, at <u>1:23</u> o'clock <u>PM EST</u>, <u>Rachel Ritt</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 26, 2020</u>            By:    <u>/s/Pedro Padilla</u>

Name:  <u>Pedro Padilla</u>

Title:   <u>Credit Counselor</u>